MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile:  (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800|
Facsimile:  (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL,<br><br>         Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>         Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO AUGMENT SCHEDULING ORDER |

1

**STIPULATION TO AUGMENT SCHEDULING ORDER (1:15-CV-01320-JAM-JLT)**

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Pursuant to the Court's Scheduling Order, the parties have completed written disclosures and propounded and responded to written discovery.

2. To date, the parties have not completed party and witness depositions which will not be completed prior to August 6, 2016.

3. The current deadline for initial Expert Witness Disclosures is August 5, 2016 and the Supplemental Designation is August 14, 2016.  The Discovery completion date for expert and non-expert discovery is October 7, 2016.

4. Counsel believes that it is in the best interest of judicial economy to have all non-expert discovery completed prior to the preparation of expert witness reports.

5. Based on the forgoing, the parties seek leave to amend the scheduling order as follows:

| | |
|---|---|
| Expert Disclosure: | From August 5, 2016 to October 14, 2016 |
| Supplemental Expert Disclosure: | From August 19, 2016 to October 28, 2016 |
| Expert Discovery Cut-Off: | November 4, 2016 |

6. The parties do not seek to amend the scheduling order in any other regard.

///
///
///

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED: July 29, 2016    **LAW OFFICE OF MICHAEL J. CURLS**

By: _____/s/_____
Nichelle D. Jones, Attorneys for Plaintiffs THE ESTATE OF CHRISTOPHER MCDANIEL, *et al*.

DATED: July 29, 2016    **THERESA A. GOLDNER, COUNTY COUNSEL**

By: _____/s/_____
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

## ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Amended as requested by the parties in the above stipulation.

DATED: 7/29/2016

/s/ John A. Mendez_____
U. S. District Court Judge