MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile:   (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA
By:  Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone:  (661) 868-3800|
Facsimile:   (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>            Defendants | Case No.:  1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO AUGMENT SCHEDULING ORDER |

1

**STIPULATION TO AUGMENT SCHEDULING ORDER (1:15-CV-01320-JAM-JLT)**

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Pursuant to the Court's Scheduling Order, the parties have completed written disclosures and propounded and responded to written discovery.

2. There are approximately nineteen civilian witnesses and several Kern County Sheriff Department witnesses in this case.

3. Despite the diligence of counsel, the parties have not been able to complete all depositions necessary to be properly prepared for trial.

4. The deadline to complete expert witness disclosures was continued to October 14, 2016. However, expert reports will not be complete without additional non-expert depositions. For instance, Plaintiffs noticed two critical Person Most Knowledgeable Depositions, however as a result of scheduling issues, these depositions have yet to go forward.  The inability to complete these depositions were not the result of any action of counsel.

5. In addition, as discovery has progressed, the parties have discussed the possibility of engaging in meaningful settlement discussions via private mediation or scheduling conference.  It would be in the best interest of the parties and judicial council if the scheduling order is modified slightly to enable these discussions to continue prior to the completion of expert witness discovery.

6. Defense counsel has a jury trial scheduled for March 6, 2017.

7. Based on the forgoing, the parties seek leave to amend  the scheduling order thirty (30) to sixty (60) days as follows:

| | |
|---|---|
| Filing of Dispositive Motions: | From November 15, 2016 to January 13, 2017 |
| Hearing of Dispositive Motions: | From December 13, 2016 to February 14, 2017 at 1:30 p.m. |

| | |
|---|---|
| Fact Discovery Cut-Off: | From October 7, 2016 to December 6, 2016 |
| Expert Disclosure: | From October 14, 2016 to December 13, 2016 |
| Supplemental Expert Disclosure: | From October 28, 2016 to December 27, 2016 |
| Expert Discovery Cut-Off: | From November 4, 2016 to January 3, 2016 |
| Final Pre-Trial Conference: | From January 20, 2017 to March 21, 2017 |
| Trial | From February 27, 2017 to April 24, 2017 |

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED:   October 12, 2016         **LAW OFFICE OF MICHAEL J. CURLS**


By: _____/s/_____
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF
CHRISTOPHER MCDANIEL, *et al.*

DATED: October 18, 2016         **THERESA A. GOLDNER, COUNTY COUNSEL**


By: _____/s/_____
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

**STIPULATION TO AUGMENT SCHEDULING ORDER (1:15-CV-01320-JAM-JLT)**

# ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Amended as follows:

| | |
|---|---|
| Filing of Dispositive Motions: | January 24, 2017 |
| Hearing of Dispositive Motions: | February 21, 2017 at 1:30 p.m. |
| Fact Discovery Cut-Off: | December 6, 2016 |
| Expert Disclosure: | December 13, 2016 |
| Supplemental Expert Disclosure: | December 27, 2016 |
| Expert Discovery Cut-Off: | January 3, 2017 |
| Joint pretrial statement: | March 17, 2017 |
| Final Pre-Trial Conference: | March 24, 2017 at 10:00 a.m. |
| Trial: | May 1, 2017 at 9:00 a.m. |

DATED: 10/18/2016

/s/ John A. Mendez
United States District Court Judge

STIPULATION TO AUGMENT SCHEDULING ORDER (1:15-CV-01320-JAM-JLT)