MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone:  (323) 293-2314
Facsimile:   (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

MARK L. NATIONS, COUNTY COUNSEL
STATE OF CALIFORNIA
By:  Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone:  (661) 868-3800|
Facsimile:   (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>    Defendants | Case No.:  1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO AUGMENT SCHEDULING ORDER |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Pursuant to the Court's Scheduling Order, the parties have completed written disclosures and propounded and responded to written discovery.

2. There are approximately nineteen civilian witnesses and several Kern County Sheriff Department witnesses in this case.

3. Despite the diligence of counsel, the parties have not been able to complete all depositions necessary to be properly prepared for trial.

4. Plaintiffs noticed a physical inspection of the weapon allegedly used by the decedent during the incident and of decedent's clothing. Despite the diligence of defense counsel, the inspection was not able to be conducted prior to the December 6, 2016 discovery cut-off deadline.

5. Plaintiffs noticed the Deposition of the Person Most Knowledgeable with regards to the examination of the firearm allegedly used by the decedent during the incident for December 6, 2016. On the morning of December 6, 2016, defense counsel learned for the first time that the deponent was not available as a result of a family emergency.

6. The holiday season notwithstanding, the parties anticipate that the above referenced discovery can be completed on or before January 31, 2017.

7. The deadline to complete expert witness disclosures was continued to December 13, 2016. However, expert reports will not be complete without the discovery referenced above. The inability to complete this discovery was not the result of any action of counsel.

8. Based on the forgoing and the court's availability, the parties seek leave to amend the scheduling order as follows:

Filing of Dispositive Motions:        From January 13, 2017 to April 18, 2017

|   |   |
|---|---|
| Hearing of Dispositive Motions: | From February 14, 2017 to May 16, 2017 at 1:30 p.m. |
| Fact Discovery Cut-Off: | From December 6, 2016 to January 31, 2017 |
| Expert Disclosure: | From December 13, 2016 to February 13, 2017 |
| Supplemental Expert Disclosure: | December 27, 2013 to February 27, 2016 |
| Expert Discovery Cut-Off: | From January 3, 2016 to March 6, 2017 |
| Joint Pre-Trial Statement: | June 16, 2017 |
| Final Pre-Trial Conference: | From March 24, 2017 to June 23, 2017 |
| Trial | From May 22, 2017 to August 7, 2017 |

///
///
///

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED: December 12, 2016          **LAW OFFICE OF MICHAEL J. CURLS**

By: _____/s/_____
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF
CHRISTOPHER MCDANIEL, *et al.*

DATED: December 12, 2016          **MARK L. NATIONS, COUNTY COUNSEL**

By: _____/s/_____
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

## ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order be Amended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | January 31, 2017; |
| Expert Disclosure: | February 13, 2017; |
| Supplemental Expert Disclosure: | February 27, 2017; |
| Expert Discovery Cut-Off: | March 6, 2017; |
| Filing of Dispositive Motions: | April 18, 2017; |
| Hearing of Dispositive Motions: | May 16, 2017 at 1:30 p.m.; |
| Joint Pre-Trial Statement: | June 16, 2017; |
| Final Pre-Trial Conference: | June 23, 2017 at 11:00 a.m.; and |
| Jury Trial: | August 7, 2017 at 9:00 a.m. |

DATED:  12/12/2016

/s/ John A. Mendez_____
John A. Mendez, U.S. District Court Judge