MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

MARK L. NATIONS, COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>        Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO AUGMENT SCHEDULING ORDER |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1.   Despite the diligence of counsel, the parties have not been able to complete all depositions necessary to be properly prepared for trial.  Counsel have recently become aware of the registered owner of the firearm at issue in this case.  This registered owner informed counsel for the defense that his firearm was stolen from his residence in 2012, and he identified the individual whom he reported to the Bakersfield Police Department as the offending party.  All counsel have indicated a desire to depose these individuals.

2.   Plaintiffs noticed a physical inspection of the weapon allegedly used by the decedent during the incident and of decedent's clothing.  Despite the diligence of counsel, the inspection was not able to be conducted prior to the March 3, 2017 discovery cut-off deadline.  It is necessary that this inspection occur prior to the preparation of Plaintiffs' Rule 26 report.

3.   The deadline to complete expert witness disclosures was previously continued by the Court to March 3, 2017.  However, the parties have not been able to complete expert witness reports as a result of the delay of the physical inspection of the gun and of decedent's clothing.  The inability to complete this discovery described above was not the result of any action of counsel.

4.   The parties have been cooperating and informally extending disclosure deadlines while attempting to schedule necessary depositions and inspections.

///

///

///

**STIPULATION TO AUGMENT SCHEDULING ORDER (1:15-CV-01320-JAM-JLT)**

5. Based on the forgoing, the parties agree through counsel to amend the scheduling order as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | From January 31, 2017 to April 21, 2017 |
| Expert Disclosure | From February 13 to May 1, 2017 |
| Supplemental Expert Disclosure: | From February 27, 2017 to May 15, 2017 |
| Expert Discovery Cut-Off: | From March 6, 2017 to May 22, 2017 |

6. The parties further stipulate that no dispositive motions will be filed in this matter. As such, parties do not seek any additional modification of the dates set forth in the scheduling order filed on December 13, 2016 as Document 31.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED: March 30, 2017    **LAW OFFICE OF MICHAEL J. CURLS**

By: /s/
Nichelle D. Jones, Attorneys for Plaintiffs THE ESTATE OF CHRISTOPHER MCDANIEL, *et al.*

DATED: March 30, 2017    **MARK L. NATIONS, COUNTY COUNSEL**

By: /s/
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

### ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Scheduling Order is Amended as proposed.

DATED:  3/30/2017

/s/ John A. Mendez
United States District Court Judge