MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800|
Facsimile: (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO CONTINUE PRETRIAL STATUS CONFERENCE |

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. On or about May 22, 2017, the Court unilaterally continued the Pre-Trial Conference in this matter from June 23, 2017 to June 30, 2017.

2. Both Michael J. Curls and Nichelle D. Jones have pre-planned vacations from June 30, 2017 to July 10, 2017 respectively.

3. Plaintiff's counsel has met and conferred with Defense counsel for a mutually agreeable date for the Pretrial Conference.

4. Based on the forgoing, the parties seek leave to continue the Pretrial conference from June 30, 2017 to July 14, 2017 and the trial from August 7, 2017 to August 14, 2017.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED: June 13, 2017 **LAW OFFICE OF MICHAEL J. CURLS**

By: /s/
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF
CHRISTOPHER MCDANIEL, *et al*.

DATED: June 13, 2017 **THERESA A. GOLDNER, COUNTY COUNSEL**

By: /s/
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

# ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Pre-Trial Conference be continued from June 30, 2017 to July 14, 2017 at 10:00 a.m. The parties joint pretrial statement shall be filed on or before July 7, 2017. Jury trial is reset from August 7, 2017 to August 14, 2017 at 9:00 a.m.

DATED: 6/13/2017

/s/ John A. Mendez____________

United States District Court Judge