MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile:  (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

THERESA A. GOLDNER, COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800|
Facsimile:  (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>        Plaintiff,<br><br>    vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>        Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>STIPULATION TO CONTINUE PRETRIAL STATUS CONFERENCE |

1

TO THE HONORABLE COURT:

This stipulation is entered into by and between the plaintiffs and the defendants, by and through their respective counsel.

1. Based upon the trial schedule of counsel, the parties seek leave to continue the Pretrial conference from July 14, 2017 to September 29, 2017 and the trial from August 14, 2017 to November 6, 2017.

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, subject to approval by this Court that the Scheduling Order be amended as set forth above.

DATED: July 14, 2017        **LAW OFFICE OF MICHAEL J. CURLS**

By: /s/
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF
CHRISTOPHER MCDANIEL, *et al.*

DATED: July 14, 2017        **MARK NATIONS , ACTING COUNTY COUNSEL**

By: /s/
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

# ORDER

PER STIPULATION OF COUNSEL, IT IS HEREBY ORDERED that the Pre-Trial Conference be continued from July 14, 2017 to September 29, 2017 and the trial from August 14, 2017 to November 6, 2017.

DATED: July 14, 2017

/s/ JOHN A. MENDEZ
John A. Mendez
United States District Court Judge