MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

MARK NATIONS, COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800|
Facsimile: (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>NOTICE OF CONDITIONAL SETTLEMENT AND ORDER |

1

**NOTICE OF CONDITIONAL SETTLEMENT (1:15-CV-01320-JAM-JLT)**

TO THE HONORABLE COURT:

Please be advised that the parties have reached a settlement of the above referenced matter in its entirety. The settlement is conditional upon:

1. Board Approval by the Kern County Board of Supervisors. The next meeting of the Kern County Board of Supervisors is November 7, 2017.
2. The Court's Approval of a Stipulated Petition for Approval of Compromise of Minor's Claim for Plaintiff GUNNAR MCDANIEL.

BASED ON THE FOREGOING, the parties request:

That the November 6, 2017 trial date be vacated and reset only in the event of failure of the above-referenced conditions.

DATED: October 26, 2017 **LAW OFFICE OF MICHAEL J. CURLS**

By: /s/
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF CHRISTOPHER MCDANIEL, *et al.*

DATED: October 26, 2017 **MARK NATIONS, COUNTY COUNSEL**

By: /s/
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

## ORDER

IT IS HEREBY ORDERED:

1. The November 6, 2017 trial date is vacated.

2. The Stipulated Petition for Approval of Compromise of Minor's Claims shall be filed on or before November 21, 2017 and the hearing, if necessary shall take place on December 5, 2017 at 1:30 p.m. in Courtroom 6 of the Robert T. Matsui Courthouse.

3. A new trial date shall be set only in the event of failure of the conditions of settlement.

DATED: 10/26/2017

                                               /s/ John A. Mendez
                                               United States District Court Judge

3

**NOTICE OF CONDITIONAL SETTLEMENT (1:15-CV-01320-JAM-JLT)**