MICHAEL J. CURLS (SBN 159651)
NICHELLE D. JONES (SBN 186308)
**LAW OFFICE OF MICHAEL J. CURLS**
4340 Leimert Blvd., Suite 200
Los Angeles, CA 90008
Telephone: (323) 293-2314
Facsimile: (323) 293-2350

Attorneys for Plaintiffs CAMERON MCDANIEL, DAMON MCDANIEL and THE ESTATE OF CHRISTOPHER MCDANIEL

MARK NATIONS, ACTING COUNTY COUNSEL
STATE OF CALIFORNIA
By: Marshall S. Fontes, Deputy (SBN 139567)
Kathleen S. Rivera, Deputy (SBN 211606)
Kern County Administrative Center
1115 Truxton Ave., Fourth Floor
Bakersfield, CA 93301
Telephone: (661) 868-3800|
Facsimile: (661) 868-3805

Attorneys for Defendants, County of Kern, Kern County Sheriff's Department, Aaron Warmerdam and Jeffrey Kelly

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CHRISTOPHER MCDANIEL, CAMERON MCDANIEL, individually and as Successor in Interest to CHRISTOPHER MCDANIEL, DAMON MCDANIEL individually, and GUNNER MCDANIEL, individually, by and through his *Guardian Ad Litem* CATHY LOWELL<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF KERN, KERN COUNTY SHERIFF'S DEPARTMENT, AARON WARMERDAM, JEFFREY KELLEY, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>Defendants | Case No.: 1:15-CV-01320-JAM-JLT<br><br>JOINT STIPULATION OF DISMISSAL |

1

**JOINT STIPULATION OF DISMISSAL (1:15-CV-01320-JAM-JLT)**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: May 29, 2018 **LAW OFFICE OF MICHAEL J. CURLS**

By: /s/
Nichelle D. Jones, Attorneys for
Plaintiffs THE ESTATE OF
CHRISTOPHER MCDANIEL, *et al*.

DATED: May 29, 2018 **MARK NATIONS, ACTING COUNTY COUNSEL**

By: /s/
Marshall S. Fontes, Deputy
Kathleen S. Rivera, Deputy
Attorneys for Respondents

# **ORDER**

**ORDER** The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: 5/29/2018

                          /s/ John A. Mendez_____

                          U. S. District Court Judge